UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. **Julius Felder DOB 6/8/80**

---

# P E T I T I O N   F O R
# W R I T   O F   H A B E A S   C O R P U S

1. **Julius Felder** is now confined at the **Hudson County Jail.**

2. Said individual will be required at **Newark**, New Jersey, before the **Honorable Katharine S. Hayden, U.S. Post Office & Courthouse Bldg., Federal Square, Newark, NJ** on **Tuesday, July 15, 2008**, at **2:00 p.m. for Sentencing**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: July 7, 2008

Seth Kosto
Assistant U.S. Attorney
Petitioner

---

# O R D E R

Let the Writ Issue.

DATED: July ____, 2008

Hon. Katharine S. Hayden
United States District Judge

---

# W R I T   O F   H A B E A S   C O R P U S

The United States of America to Warden of the **Hudson County Jail**
WE COMMAND YOU that you have the body of

## Julius Felder

now confined at the **Hudson County Jail**, brought before the U.S. Post Office & Courthouse Bldg., Federal Square, Newark, New Jersey, on Tuesday, July 15, 2008, at 2:00 p.m., for Sentencing in civilian clothes, in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Joseph E. Irenas, Senior Judge
United States District Judge
Newark, New Jersey.

DATED: July ____, 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk