PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Julius Felder     **Docket Number:** 07-00550-001
**PACTS Number:** 49428

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden, United States District Judge

**Date of Original Sentence:** 07/15/2008

**Original Offense:** Unlawful Transportation of Firearms

**Original Sentence:** 51 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 11/24/10

**Assistant U.S. Attorney:** Seth Kosto, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Patrick McMahon Esq. (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT** <br><br> **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'** |

The offender submitted urine samples which yielded positive results for PCP on January 19, 2011, February 23, 2011, and March 3, 2011. The offender also submitted a urine sample which yielded positive results for PCP and cocaine on April 25, 2011.

2     The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT**

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

The offender failed to report to Code-A-Phone (a random drug testing program) on January 13, April 18, April 21, 2011.

3     The offender has violated the standard supervision condition which states **'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'**

Since the commencement of supervision, the offender has failed to obtain verifiable employment despite numerous directives to do so.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 4/29/11

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 5/17/11 @ 11:00 a.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/4/11
Date