UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America                :     Criminal No. 07-550    (KSH)
               Plaintiff(s)
                                        :
       vs.
                                        :     **ORDER OF DETENTION**
Julius Felder
               Defendant(s)             :

  The United States Marshals Service are directed to take defendant, Julius Felder into federal custody.

  Supervised release previously set is hereby revoked. Order to follow.

SO ORDERED

                                     _____KSHayden_____
                                     KATHARINE S. HAYDEN        U.S.D.J.

Date: 5/17/11