UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 07-550 |
| JULIUS FELDER | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Julius Felder (Patrick McMahon, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on July 15, 2008; and the defendant having waived the preliminary hearing and having entered a guilty plea on May 17, 2011 to having violated the condition that required him to refrain from the possession and use of illegal drugs; and for good cause shown;

IT IS on this 17th day of May 2011,

ORDERED that the defendant is adjudged guilty of having violated his supervised release, which required that he refrain from the possession and use of illegal drugs;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of 30 days ~~one month~~;

IT IS FURTHER ORDERED that upon completion of the term of

imprisonment described above, defendant shall serve an additional six (6) months in community confinement (i.e., "half-way house");

IT IS FURTHER ORDERED that Violation Nos. 2 and 3 of the Petition or about May 16, 2011 are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge