PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Julius Felder                                         Cr.: 07-CR-550 KSH
                                                                         PACTS #: 49428

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, United States District Judge

Date of Original Sentence: 07/15/2008
Violation of Supervised Release: 05/17/2011

Original Offense: Unlawful Transportation of Firearms, 18 U.S.C. § 922(g)(1)

Original Sentence: 51 months imprisonment; 3 years supervised release.
Violation Sentence: 1 month imprisonment; 29 months of supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 6/15/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 15, 2011, the offender entered into a community corrections center (Toler House). On December 2, 2011, the offender was discharged from the facility as a program failure. During his residency, the offender was reprimanded for smoking where prohibited, displaying insolence towards staff, failing to secure employment in a timely manner, interfering with count, possessing a cell phone on two separate occasions, and returning to the facility after his curfew in two instances. |

U.S. Probation Officer Action:

While the probation office is discouraged by Felder's noncompliant behavior at Toler House, we are hesitant to jeopardize his employment (which is a positive stride for him) without an opportunity to work with him further to gain compliance. We plan to provide him with a life skills home study workbook designed to teach cognitive skills to minimize faulty thinking and self-defeating behaviors. We will work with Felder to ensure he completes the assignments in the workbook. If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional noncompliance.

                                                  Respectfully submitted,
                                                  Maureen Kelly
                                                  By: Jamel H. Dorsey
                                                      U.S. Probation Officer
                                                  Date: 01/19/12

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

PROB 12A - Page 2
Julius Felder

[X] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Date  1/23/12